PD-0716-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/17/2015 4:47:47 PM
Accepted 8/18/2015 11:24:01 AM
ABEL ACOSTA
CLERK

PD-0716-15

| | | |
|---|---|---|
| RUTH PIN ROGMAD,<br>APPELLANT | § | IN THE COURT OF |
| | § | |
| | § | |
| VS. | § | OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS,<br>APPELLEE | § | |
| | § | STATE OF TEXAS |

## MOTION FOR LEAVE TO FILE PETITION FOR DISCRETIONARY REVIEW 15 DAYS AFTER THE DUE DATE OF JULY 30, 2015

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes now, RUTH PIN ROGMAD, and files this motion for leave to file the petition for discretionary review 15 days after the due day of July 30, 2015. The Court has previously granted two extensions. One extension was granted to July 15, 2015. Counsel requested a second extension to July 30, 2015. In support of this motion, Appellant shows the court the following:

I.

FILED IN
COURT OF CRIMINAL APPEALS

August 18, 2015

ABEL ACOSTA, CLERK

Appellant was convicted on January 28, 2014 in the 415th Judicial District Court of Parker County, Texas of the offense of Possession of Marihuana of five pounds or less, but more than four ounces in Cause No. CR12-0294, styled "STATE OF TEXAS vs. RUTH PIN ROGMAD."

Appellant was assessed a punishment of 24 months in a state jail facility, along with a fine of $10,000, also assessing court costs. The appeal in this cause was perfected on February 28, 2014.

## II.

The Court of Appeals for the Second District of Texas, filed its opinion confirming the trial court's conviction on May 14, 2015. The second extension extended the deadline to file the Petition for Discretionary Review was July 30, 2015.

## III.

Appellant's request for an extension is based upon the following facts:

1. Counsel has been unable to obtain the Clerk's Record from Appellant's prior attorney on appeal. Counsel confirmed, with the Parker County District Clerk's office, that the Clerk's trial record in this matter is still checked out to Appellant's prior counsel on appeal, the Honorable David Richards. Mr. Richards has indicated difficulty in locating these documents, as former counsel had put the documents in storage, and has been unable to locate them.

2. The Clerk's office advised that a second record could not be produced because of a change in computer software.

3. Counsel obtained a copy of the record from the Second Court of Appeals to utilize in finalizing the petition, but it did not arrive until approximately 5:00 p.m. on July 29, 2015, and it did not contain the entire clerk's record.

4. From the record, it could not be determined from either the Clerk's record or the Reporter's Record whether the Second Court of Appeals received State's Exhibit Number One, an in-car video that was admitted at both at the suppression hearing and at trial.

5. When counsel received the Reporter's Record, the exhibits were not attached, and a copy of State's Exhibit Number One had to be obtained from the Court Reporter. This exhibit represents the in-car video that was both audio and video recorded at the time of the search and seizure that resulted in Rogmad's conviction.

6. The video tape shows inconsistencies in the officers' testimony, And will be needed should this Court remand this matter back for a de novo review of whether the officers had reasonable suspicion to continue their detention of Pierre Jones, and whether they had probable cause to enter

Rogmad's storage locker and locked safe, or whether Jones had the actual or apparent authority to consent to any search.

7. Part of the reasons for the petition or discretionary review surround search and seizure issues which are not permissible areas of review on an 11.07 Writ of Habeas Corpus, and if this petition is not accepted, Rogmad will have no other recourse on the search and seizure issues that surround her arrest, conviction, and appeal.

WHEREFORE, Appellant prays that the Court grant will grant Rogmad's request to file her Petition for Discretionary review 15 days late, and such other relief as she might be extended to her.

Respectfully submitted,

By:  /s/ Judith Mattern Hearn
    Judith Mattern Hearn
    State Bar No.  00795504
    Attorney for Ruth Pin Rogmad

JUDITH MATTERN HEARN
20710 South Highway 281
P.O. Box 156
Lipan, Texas 76462
Telephone:    (254) 646-3700
Facsimile:    (254) 646-3704

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the Attorney for the State of Texas, by delivering a true and correct copy of the same via first class mail, postpaid, by depositing the same in an official depository under the care and custody of the United States Postal Service, properly wrapped and addressed to: Mr. Eddie Lewellen, Parker County Assistant District Attorney, 117 Fort Worth Highway, Weatherford, Texas 76086 and to the Appellant, Ruth Pin Rogmad, via first class mail, in care of Victory Temple Ministries, 2517 Loving Avenue, Fort Worth, Texas 76164, on the 14 day of August, 2015.



_/s/ Judith Mattern Hearn_

JUDITH MATTERN HEARN

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 584 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).

_/s/ Judith Mattern Hearn_

JUDITH MATTERN HEARN